# United States Bankruptcy Court
# Central District Of California

In re:
Ricardo Jaime
Yvette Arlene Jaime
pka Yvette Arlene Last

CHAPTER NO.: 7

CASE NO.: 6:10−bk−35097−TD

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Debtor's Certification of Employment Income
X  Declaration of Electronic Filings

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

      Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

      3420 Twelfth Street, Riverside, CA 92501−3819

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: August 9, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: Ana Valle
    **Deputy Clerk**