FILED
SEP 08 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Ricardo Jaime
Yvette Arlene Jaime

CHAPTER NO.: 7

CASE NO.: 6:10-bk-35097-TD

# DEFICIENCY NOTICE RE:
## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT (OFFICIAL FORM 23) UNDER BANKRUPTCY RULE §§1007(b)(7) and (c)

To Debtor and Debtor's Attorney of Record,

The Clerk's Office has received a Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) or other document for the above-referenced debtor or joint debtor on 9/7/10    . The certification(s) is/are deficient due to the following:

☐ Document from Personal Financial Management course provider attesting to the completion of the instruction was filed without Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) attached.

☐ Debtor and/or joint debtor failed to complete appropriate statement on Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) indicating whether or not an instructional course in personal financial management was completed and/or to provide the name of the instruction provider and/or the date the course was completed.

☐ Debtor and/or joint debtor did not sign and/or date the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) pursuant to F.R.B.P. § 1007.

☐ A joint petition was filed and each spouse did not complete and file a separate Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as required.

☐ Debtor(s) failed to include the certificate number on Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as required. Debtor(s) must refile Official Form 23 using the most current version of the form and include the certificate number issued by the Personal Financial Management course provider.

☐ The certificate number included on Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) matches the certificate number on the prepetition Credit Counseling Certificate. Debtor must refile Official Form 23 and include the correct certificate number issued by the Personal Financial Management course provider.

☒ Debtor's signature on Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) must be an original signature or /s/ of debtor(s) accompanied by a holographically signed Electronic Filing Declaration.

The debtor and/or joint debtor or debtor(s) attorney must file an amended Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) with the correct information within 10 days from the date of this notice. A blank Official Form 23 is included with this notice. Failure to timely file the amended certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen Case to allow the filing of an amended Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

BY ORDER OF THE COURT

Kathleen J. Campbell, Executive Officer, Clerk of Court
By: *Rose Marie Avalos*
Deputy Clerk

Dated: 9/8/10

| In re: Ricardo Jaime | | |
|---|---|---|
| Yvette Arlene Jaime | Debtor(s) | CASE NO.: 6:10-bk-35097-TD |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF

I am a resident of the county aforesaid, I am over the age of 18 years and not a party of the within entitled action; my business address is:

U.S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501-3819

I served the within NOTICE OF DEFICIENCY UNDER BANKRUPTCY RULE § 1007 with a blank Official Form 23 attached on ___9/8/10___ to the debtor(s) and debtor's attorney in said action by placing a true copy thereof enclosed in sealed envelope with postage thereon, fully prepaid, in the United States mail addressed as follows:

DEBTOR(S) NAME:

Ricardo Jaime
Yvette Arlene Jaime

ATTORNEY(S) NAME AND ADDRESS:

Carl A Lux
Theodotou & Associates
4449 Easton Wy 2nd Fl
Columbus, OH 37934


Executed on ___9/8/10___ at Riverside , CA 92501

I declare, under penalty of perjury, that the foregoing is true and correct.

*Rose Marie Avalos*

Deputy Clerk's Signature

Notice of Case Deficiency - Official Form 23 under F.R.B.P §1007                    Rev. 2/1/2010

Form B23 (Official Form 23) - (12/08)                                    2008 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Ricardo Jaime
Yvette Arlene Jaime
                                                    Debtor(s).

CHAPTER: 7
CASE NO.: 6:10-bk-35097-TD

# DEBTOR'S CERTIFICATION OF COMPLETION
# OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
# PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on
        (Printed Name of Debtor)

_____, I completed an instructional course in personal financial management provided by
        (Date)

_____, an approved personal financial management provider.
        (Name of Provider)

Certificate No. *(if any)*:_____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no
        (Printed Name of Debtor)

personal financial management course is required because of *[Check the appropriate box.]*:

  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: _____    Signature of Debtor: _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Form B23 (Official Form 23) - (12/08)      2008 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Ricardo Jaime<br>Yvette Arlene Jaime      Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:10-bk-35097-TD |
|---|---|

# DEBTOR'S CERTIFICATION OF COMPLETION
# OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
# PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐    I, _____, the debtor in the above-styled case, hereby certify that on
              (Printed Name of Debtor)

_____, I completed an instructional course in personal financial management provided by
(Date)

_____, an approved personal financial management provider.
(Name of Provider)

       Certificate No. *(if any)*: _____.

☐    I, _____, the debtor in the above-styled case, hereby certify that no
              (Printed Name of Debtor)

personal financial management course is required because of *[Check the appropriate box.]*:

         ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

         ☐ Active military duty in a military combat zone; or

         ☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: _____      Signature of Debtor: _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)